UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JASON R. RUSSO,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED REVENUE SERVICES, LLC DBA ALLIED BUSINESS SERVICES,<br><br>Defendant. | Case No.: 1:17-cv-00034-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the parties' stipulation between Plaintiff Jason Russo and Defendant Allied Revenue Services, LLC d/b/a Allied Business Services with this Court, Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated: May 24, 2017

/s/ Janet T. Neff
Hon. Janet T. Neff
United States District Court
Western District of Michigan